IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA GILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| vs. ) | |
| ) | |
| THE ASSET RECOVERY GROUP, LLC ) | |
| d/b/a THE JUDGMENT GROUP and ) | **JURY DEMAND ENDORSED HEREON** |
| PALISADES COLLECTION, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES the Plaintiff, BARBARA GILES, by and through her attorney, MITCHEL E. LUXENBURG, and for her Complaint against the Defendants, THE ASSET RECOVERY GROUP, LLC d/b/a THE JUDGMENT GROUP and PALISADES COLLECTION, L.L.C., Plaintiff alleges and states as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereinafter the "FDCPA"), 15 U.S.C. § 1692, *et seq.*, and the Maryland Consumer Debt Collection Act (MCDCA), Md. Code, Com. Law § 14-201, *et seq.*

### JURISDICTION AND VENUE

2. Jurisdiction arises under the FDCPA, 15 U.S.C. § 1692, *et seq.*, and the MCDCA, Md. Code, Com. Law § 14-201, *et seq.* Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b), as a substantial part of the events and omissions giving rise to the claim occurred within this District.

**PARTIES**

3. Plaintiff is an individual who was at all relevant times residing in Gwynn Oak, Maryland.

4. Plaintiff is a "consumer" as defined in 15 U.S.C. § 1692a(3) and a "person" as defined in Md. Code, Com. Law § 14-201 (d), as she is a natural person allegedly obligated to pay a debt.

5. At all relevant times, Defendants acted as "debt collectors" within the meaning of 15 U.S.C. § 1692a(6) and as "collectors" within the meaning of Md. Code, Com. Law § 14-201(b), in that they held themselves out to be companies collecting a consumer debt.

6. On information and belief, Defendant THE ASSET RECOVERY GROUP, LLC d/b/a THE JUDGMENT GROUP (hereinafter "The Judgment Group") is a limited liability company of the State of Maryland, which has its principal place of business in Stevensville, Maryland.

7. On information and belief, Defendant PALISADES COLLECTION, L.L.C. (hereinafter "Palisades") is a limited liability company of the State of Delaware, which is licensed to do business in Maryland and which has its principal place of business in Wilmington, Delaware.

**COUNT I**

(Violation of the Fair Debt Collection Practices Act)

8. On or about March 1, 2004, Palisades filed a civil lawsuit against Plaintiff in the District Court of Maryland for Baltimore County, Case No. CV-0101-7134-2004, seeking to collect a debt allegedly owed to Palisades, as the assignee of Providian National Bank, in the amount of $1,199.28 (hereinafter the "state court lawsuit").

9. On or about October 26, 2004, Palisades and Plaintiff reached an agreement to settle the state court lawsuit, whereby Plaintiff was to pay $56.00 per month to Palisades until the alleged debt was paid in full.

10. Between December of 2004 and August of 2005, Plaintiff made nine payments to Palisades in the amount of $56.00 each, for a total of $504.00. Said payments were made to the law firm who first represented Palisades in the state court lawsuit, Wolpoff & Abramson, L.L.P.

11. Despite the fact that Plaintiff had made these payments, a judgment was entered against Plaintiff on February 3, 2005 in the full amount of $1,199.28, plus interest in the amount of $38.20, court costs in the amount of $60.00, and attorney fees in the amount of $179.89.

12. On or about June 17, 2009, The Judgment Group, acting as the attorneys and authorized agents of Palisades, filed a Writ of Garnishment against Plaintiff in the state court lawsuit, seeking to attach funds held in Plaintiff's bank account at Bank of America.

13. The Judgment Group's Writ of Garnishment sought to collect from Plaintiff all amounts set forth in paragraph 11 above, plus additional interest. The Judgment Group, acting as the attorneys and authorized agents of Palisades, failed to credit Plaintiff for the $504.00 she had already paid to Palisades.

14. All of the actions of The Judgment Group alleged above were undertaken in The Judgment Group's capacity as the attorneys and authorized agents of Palisades.

15. In its attempts to collect the aforementioned alleged debt, Defendants violated the FDCPA in one or more of the following ways:

    a. Falsely representing the amount and legal status of the debt, in violation of 15 U.S.C. § 1692e(2)(A);

  b.  Representing that nonpayment of the alleged debt would result in the seizure, garnishment, attachment and/or sale of Plaintiff's property where such action was unlawful, in violation of 15 U.S.C. § 1692e(4);

  c.  Threatening to take action that could not legally be taken, in violation of 15 U.S.C. § 1692e(5);

  d.  Using a false, deceptive or misleading representation or means in connection with the collection of a debt, in violation of 15 U.S.C. § 1692e(10);

  e.  Using unfair or unconscionable means to attempt to collect a debt, in violation of 15 U.S.C. § 1692f; and

  f.  By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

16. As a result of Defendants' violations as aforesaid, Plaintiff has suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

17. In addition, as a result of Defendants' over-garnishment of Plaintiff's bank account, Plaintiff has incurred and continues to incur fees and penalties from Bank of America in an amount which has yet to be fully determined.

WHEREFORE, Plaintiff, BARBARA GILES, respectfully prays for a judgment against both Defendants as follows:

  a.  All actual compensatory damages suffered, including but not limited to all fees and penalties charged to Plaintiff by Bank of America;

  b.  Statutory damages of $1,000.00 from each Defendant for each violation of the FDCPA;

  c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff; and

  d. Any other relief deemed appropriate by this Honorable Court.

## COUNT II

(Violation of the Maryland Consumer Debt Collection Act)

18. Plaintiff hereby adopts, re-alleges and incorporates by reference all allegations set forth above as though fully rewritten here.

19. In its attempts to collect the aforementioned alleged debt, Defendants violated the MCDCA in one or more of the following ways:

  a. Falsely representing the amount and legal status of the debt, in violation of Md. Code, Com. Law § 14-202(8);

  b. Representing that nonpayment of the alleged debt would result in the seizure, garnishment, attachment and/or sale of Plaintiff's property where such action was unlawful, in violation of Md. Code, Com. Law § 14-202(8);

  c. Threatening to take action that could not legally be taken, in violation of Md. Code, Com. Law § 14-202(8); and

  d. By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the MCDCA.

20. As a result of Defendant's violations as aforesaid, Plaintiff has suffered and continue to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

21. In addition, as a result of Defendants' over-garnishment of her bank account, Plaintiff has incurred and continues to incur fees and penalties from Bank of America in an amount which has yet to be fully determined.

WHEREFORE, Plaintiff, BARBARA GILES, respectfully prays for a judgment against both Defendants as follows:

    a.    All actual compensatory damages suffered, including but not limited to all fees and penalties charged to Plaintiff by Bank of America;

    b.    All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff; and

    d.    Any other relief deemed appropriate by this Honorable Court.

## JURY DEMAND

Pursuant to Civil Rule 38, Plaintiff hereby demands a trial by jury on all issues in this action, except for any issues relating to the amount of attorneys' fees and litigation costs to be awarded should Plaintiff prevail on any of her claims in this action.

Respectfully Submitted,

<u>/s/ Mitchel E. Luxenburg</u>
Mitchel E. Luxenburg (29092)
Attorney for Plaintiff
23240 Chagrin Blvd.
Suite 601
Beachwood, OH 44122
(888) 595-9111, ext. 712 (phone)
(866) 382-0092 (facsimile)
Mitch@LuxenburgLevin.com